IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-00394-01-CR-W-GAF |
| TAMANGO A. SIMMONS, | ) ) ) |
| Defendant. | ) |

## ORDER

On December 20, 2021, a hearing was held before United States Magistrate Judge W. Brian Gaddy on the issue of defendant Tamango A. Simmons's competency. At defense counsel's request, the hearing was continued to May 9, 2022. The parties stipulated to the report received by the Court on December 15, 2021, by David Szyhowski, Psy.D. (Doc. #38).

On May 27, 2022, Judge Gaddy issued his Report and Recommendation (Doc. #50). Objections were due June 10, 2022, and no objections were filed.

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge W. Brian Gaddy.

Accordingly, it is

ORDERED that defendant Tamango A. Simmons is found competent to understand the nature and circumstances of the proceedings against him and to assist in his defense.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: June 13, 2022